## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KAREEM HASSAN MILHOUSE,** | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-00618 |
| vs. | : | |
| **WARDEN DAVID EBBERT,** | : | (Judge Rambo) |
| Respondent | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Milhouse's motion for relief from judgment (Doc. 11) is **DENIED**.

                                         s/Sylvia Rambo
                                         SYLVIA H. RAMBO
                                         United States District Judge

Date: November 7, 2016