# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM HASSAN MILHOUSE, : | |
|     Petitioner, : | |
| : | No. 1:16-CV-00618 |
| v. : | |
| : | (Judge Rambo) |
| WARDEN DAVID EBBERT, : | |
|     Respondent : | |

## **ORDER**

**AND NOW**, this 5th day of January, 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** Milhouse's motion for relief from judgment (Doc. No. 25), is **DENIED**.

                                       s/Sylvia H. Rambo
                                       SYLVIA H. RAMBO
                                       United States District Judge